158 A.3d 18

IN THE MATTER OF JOHN R. DUSINBERRE, AN ATTORNEY
AT LAW (ATTORNEY NO. 0162511974)

APRIL 05, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–044, concluding that **JOHN R. DUSIN-BERRE** of **FAIRFIELD**, who was admitted to the bar of this State in 1974, should be censured for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.1(b)(pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b)(failure to communicate with client), *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **JOHN R. DUSINBERRE** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.